# EXHIBIT A

## DECLARATION OF ELAINE SWAIN

STATE OF TEXAS §

COUNTY OF HARRIS §

1. My name is Elaine Swain. I am over 18 years of age, of sound mind, and fully capable of making this Declaration. The facts stated in this Declaration are true and correct, and within my personal knowledge.

2. I have been employed by Target Corporation for over 15 years. Since January 19, 2004, I have held the position of Executive Team Leader - Assets Protection. My job duties include the prevention of shortage (loss of merchandise), the identification of shortage, investigations of theft and fraud, and the safety and security of team members and guests at Target.

3. In July 2018, I was notified about three similarly conducted theft incidents that occurred on July 16, 2018 at the Atascocita Target Store, on July 17, 2018 at the Atascocita Target Store, and on July 18, 2018 at the Spring Target Store. As a part of my job duties at Target, I investigated these incidents and made a report to the local authorities.

4. The Target employees working at the time of this incident were employed by Target, not by me. I, individually, do not employ anyone at Target.

5. I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 18, 2019.

_____
Elaine Swain

SWORN TO AND SUBSCRIBED BEFORE ME by the above-named Affiant this 18th day of October, 2019.

_____
NOTARY PUBLIC - STATE OF TEXAS
MY COMMISSION EXPIRES: 10/18/2022