# EXHIBIT B



**Service of Process Transmittal**
09/25/2019
CT Log Number 536313915

| | |
|---|---|
| TO: | Sue Carlson<br>Target Corporation<br>1000 Nicollet Mall<br>Minneapolis, MN 55403-2542 |
| RE: | **Process Served in Texas** |
| FOR: | Target Corporation  (Domestic State: MN) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| TITLE OF ACTION: | Alaina Villa, Pltf. vs. Target Corporation And Elaine Swain, etc., Dfts. // To: Target Corporation |
| DOCUMENT(S) SERVED: | Citation, Petition, Interrogatories, Requests |
| COURT/AGENCY: | 127th Judicial District Court Harris County, TX<br>Case # 201964569 |
| NATURE OF ACTION: | Request For Disclosure |
| ON WHOM PROCESS WAS SERVED: | C T Corporation System, Dallas, TX |
| DATE AND HOUR OF SERVICE: | By Certified Mail on 09/25/2019 postmarked: "Not Post Marked" |
| JURISDICTION SERVED : | Texas |
| APPEARANCE OR ANSWER DUE: | By 10:00 a.m on the Monday next following the expiration of 20 days after you were served this citation and petition |
| ATTORNEY(S) / SENDER(S): | Keith Grady<br>THE GRADY LAW FIRM, P.C.<br>2219 Sawdust Rd., Suite 1904<br>The Woodlands, TX 77380<br>(713) 228-2200 |
| ACTION ITEMS: | CT has retained the current log, Retain Date: 09/25/2019, Expected Purge Date: 09/30/2019<br><br>Image SOP<br><br>Email Notification,  Non Employee Litigation Target  gl.legal@target.com |
| SIGNED:<br>ADDRESS: | C T Corporation System<br>1999 Bryan St Ste 900<br>Dallas, TX 75201-3140 |
| For Questions: | 877-564-7529<br>MajorAccountTeam2@wolterskluwer.com |

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.





THE WOODLANDS, TX 77380

7016 3010 0000 3229 9982

Target Corporation
1999 Bryan Street, Suite 900
Dallas, TX 75201

| | |
|---|---|
| RECEIPT NUMBER | 0.00 |
| TRACKING NUMBER | 73672493 MTA |

**CAUSE NUMBER** 201964569

| | |
|---|---|
| **PLAINTIFF:** VILLA, ALAINA<br>vs.<br>**DEFENDANT:** TARGET CORPORATION | In The 127th<br>**Judicial District Court of**<br>**Harris County, Texas** |

## CITATION CORPORATE

**THE STATE OF TEXAS**
**County of Harris**

TO: TARGET CORPORATION (A MINNESOTA CORPORATION) CAN BE SERVED BY SERVING ITS REGISTERED AGENT CT CORPORATION
1999 BRYAN STREET SUITE 900 DALLAS TX 75201

Attached is a copy of PLAINTIFF'S ORIGINAL PETITION PLAINTIFF'S FIRST SET OF INTERROGATORIES TO DEFENDANT FIRST SET OF REQUESTS FOR PRODUCTION TO DEFENDANT FIRST SET OF REQUESTS FOR ADMISSIONS TO DEFENDANT

This instrument was filed on the ___9th___ day of ___September___, 20__19__, in the above cited cause number and court. The instrument attached describes the claim against you.

**YOU HAVE BEEN SUED;** you may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m on the Monday next following the expiration of 20 days after you were served this citation and petition, a default judgment may be taken against you.

**TO OFFICER SERVING:**

**This Citation was issued under my hand** and seal of said Court, at Houston, Texas, this ___16th___ day of ___September___, 20__19__.

Issued at request of:
GRADY, GARLAND KEITH
1922 SAWDUST ROAD
THE WOODLANDS, TX 77380
TEL: (713) 228-2200
Bar Number: 786853

**MARILYN BURGESS, District Clerk**
Harris County, Texas
**201 Caroline, Houston, Texas 77002**
**P.O.Box 4651, Houston, Texas 77210**

Generated by: RICHARDSON, SHANIECE J
A4L//11323428

### OFFICER/AUTHORIZED PERSON RETURN

I received this citation on the _____ day of _____, 20___, at ____ o'clock ___.M., endorsed the date of delivery thereon, and executed it at _____, _____,
(STREET ADDRESS) (CITY)
in _____ County, Texas on the _____ day of _____, 20___, at ____ o'clock ___.M.,

by delivering to _____, by delivering to its
(THE DEFENDANT CORPORATION NAMED IN CITATION)

_____, in person, whose name is _____,
(REGISTERED AGENT, PRESIDENT, or VICE-PRESIDENT)

a true copy of this citation, with a copy of the _____ Petition attached,
(DESCRIPTION OF PETITION, E.G., "PLAINTIFFS ORIGINAL")

and with accompanying copies of _____.
(ADDITIONAL DOCUMENTS, IF ANY, DELIVERED WITH THE PETITION)

I certify that the facts stated in this return are true by my signature below on the _____ day of _____, 20___.

FEE: $_____

By: _____
(SIGNATURE OF OFFICER)

Printed Name: _____

As Deputy for: _____
(PRINTED NAME & TITLE OF SHERIFF OR CONSTABLE)

_____
Affiant Other Than Officer

On this day, _____, known to me to be the person whose signature appears on the foregoing return, personally appeared. After being by me duly sworn, he/she stated that this citation was executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME, on this _____ day of _____, 20___.

_____
Notary Public

N.INT.CITC.P                    **\*73672493\***

| | RECEIPT NUMBER | 0.00 |
|---|---|---|
| | TRACKING NUMBER | 73672493 MTA |

**CAUSE NUMBER** 201964569

| PLAINTIFF: VILLA, ALAINA | In The 127th |
|---|---|
| vs. | Judicial District Court of |
| DEFENDANT: TARGET CORPORATION | Harris County, Texas |

## CITATION CORPORATE

**THE STATE OF TEXAS**
**County of Harris**

TO: TARGET CORPORATION (A MINNESOTA CORPORATION) CAN BE SERVED BY SERVING
ITS REGISTERED AGENT CT CORPORATION
1999 BRYAN STREET SUITE 900 DALLAS TX 75201

Attached is a copy of PLAINTIFF'S ORIGINAL PETITION PLAINTIFF'S FIRST SET OF. INTERROGATORIES TO DEFENDANT FIRST SET OF REQUESTS FOR PRODUCTION TO DEFENDANT FIRST SET OF REQUESTS FOR ADMISSIONS TO DEFENDANT

This instrument was filed on the ___9th___ day of ___September___, 20__19__, in the above cited cause number and court. The instrument attached describes the claim against you.

**YOU HAVE BEEN SUED;** you may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m on the Monday next following the expiration of 20 days after you were served this citation and petition, a default judgment may be taken against you.

**TO OFFICER SERVING:**

**This Citation was issued under my hand** and seal of said Court, at Houston, Texas, this ___16th___ day of ___September___, 20__19__.

Issued at request of:
GRADY, GARLAND KEITH
1922 SAWDUST ROAD
THE WOODLANDS, TX 77380
TEL: (713) 228-2200
Bar Number: 786853

MARILYN BURGESS, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002
P.O.Box 4651, Houston, Texas 77210

Generated by: RICHARDSON, SHANIECE J
A4L//11323428

### OFFICER/AUTHORIZED PERSON RETURN

I received this citation on the _____ day of _____, 20____, at _____ o'clock ___.M., endorsed the date of delivery thereon, and executed it at _____ (STREET ADDRESS) _____, (CITY)

in _____ County, Texas on the _____ day of _____, 20____, at _____ o'clock ___.M.,

by delivering to _____ (THE DEFENDANT CORPORATION NAMED IN CITATION) _____, by delivering to its

_____ (REGISTERED AGENT, PRESIDENT, or VICE-PRESIDENT), in person, whose name is _____,

a true copy of this citation, with a copy of the _____ (DESCRIPTION OF PETITION, E.G., "PLAINTIFFS ORIGINAL") Petition attached,

and with accompanying copies of _____ (ADDITIONAL DOCUMENTS, IF ANY, DELIVERED WITH THE PETITION).

I certify that the facts stated in this return are true by my signature below on the ____ day of _____, 20___.

FEE: $_____

By: _____ (SIGNATURE OF OFFICER)

Printed Name: _____

As Deputy for: _____ (PRINTED NAME & TITLE OF SHERIFF OR CONSTABLE)

_____
Affiant Other Than Officer

On this day, _____, known to me to be the person whose signature appears on the foregoing return, personally appeared. After being by me duly sworn, he/she stated that this citation was executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME, on this _____ day of _____, 20____

_____
Notary Public

N.INT.CITC.P       **\*73672493\***