IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ALAINA VILLA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| | § | |
| v. | § | CIVIL ACTION NO._____ |
| | § | **JURY** |
| TARGET CORPORATION AND | § | |
| ELAINE SWAIN | § | |
| | § | |
| Defendant. | § | |

## **NOTICE OF REMOVAL – EXHIBIT D**

**INDEX OF MATTERS BEING FILED**

1) Notice of Removal
2) Exhibit A – Declaration of Elaine Swain
3) Exhibit B – All processes
4) Exhibit C - Plaintiff's Petition, Defendant's Answer and Jury Demand
5) Exhibit D – Index of Matters being filed
6) Exhibit E- List of all counsel of record