IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ALAINA VILLA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| | § | |
| v. | § | CIVIL ACTION NO._____ |
| | § | **JURY** |
| TARGET CORPORATION AND | § | |
| ELAINE SWAIN | § | |
| | § | |
| Defendant. | § | |

**NOTICE OF REMOVAL – EXHIBIT E**

**ATTORNEYS**

*Attorney for Plaintiff Alaina Villa*:
Keith Grady
State Bar No. 00786853
The Grady Law Firm, P.C.
2219 Sawdust Road, Suite 1904
The Woodlands, Texas 77380
Telephone: (713) 228-2200
Facsimile: (713) 980-5305

*Attorneys for Defendant Target Corporation*:
Troy A. Williams
State Bar No. 00788678
Federal ID: 19043
Valerie Ly
State Bar No. 24053692
Federal ID: 2387134
Germer, PLLC
America Tower
2929 Allen Parkway, Suite 2900
Houston, Texas 77019
Telephone: (713) 650-1313
Facsimile: (713) 739-7420
twilliams@germer.com
vly@germer.com