IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ALAINA VILLA, | § § § | |
| Plaintiff, | § § § | |
| v. | § § | CIVIL ACTION NO. 4:19-cv-4129 |
| TARGET CORPORATION AND ELAINE SWAIN | § § § § | **JURY** |
| Defendant. | § | |

## REQUEST FOR JURY TRIAL

TO THE HONORABLE JUDGE OF SAID COURT:

Defendant, TARGET CORPORATION, hereby asserts its rights under the 7th Amendment to the United States Constitution and demands, pursuant to Federal Rule of Civil Procedure 38, trial by jury on all issues.

                                            Respectfully submitted,

                                            **GERMER PLLC**

                                            By: \_\_/s/ Valerie Ly w/ permission
                                                  Troy A. Williams
                                                  State Bar No. 00788678
                                                  Federal I.D. No. 19043
                                                  America Tower
                                                  2929 Allen Parkway, Suite 2900
                                                  Houston, Texas 77019
                                                  Telephone: (713) 650-1313
                                                  Facsimile: (713) 739-7420
                                                  Email: twilliams@germer.com

                                            **LEAD ATTORNEY FOR DEFENDANT**
                                            **TARGET CORPORATION**

**OF COUNSEL:**
Valerie L. Ly
State Bar No. 24053692
Federal I.D. No. 2387134
America Tower
2929 Allen Parkway, Suite 2900
Houston, Texas 77019
Telephone: (713) 650-1313
Facsimile: (713) 739-7420
Email: vly@germer.com

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing instrument has been duly sent via CM/ECF on October 22, 2019 to all counsel of record, as follows:

Via CM/ECF
Keith Grady
The Grady Law Firm, P.C.
2219 Sawdust Road, Suite 1904
The Woodlands, Texas 77380
Facsimile: (713) 980-5305

                                                /s/ Valerie Ly
                                                Valerie Ly