United States District Court
Southern District of Texas
**ENTERED**
October 23, 2019
David J. Bradley, Clerk

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| Alaina Villa §<br>   *Plaintiff,* §<br>§<br>V. §<br>§<br>Target Corporation §<br>   *Defendant.* § | Civil Action 4:19–cv–04129 |

## Order in Removed Cases

The removing party or parties will file a statement providing the following information within ten days and serve a copy on all other parties:

1. The date(s) on which defendant(s) or their representative(s) first received a copy of the summons and complaint in the removed state court action. If different, the date on which each defendant was served with a copy of the summons and complaint.

2. In actions removed pursuant to the court's diversity jurisdiction, list the citizenship of all parties (including the citizenship of each member of a partnership or other type of business association, this includes LLCs and LLPs). Specifically identify whether any defendants who have been served are citizens of Texas.

3. In actions removed based on diversity jurisdiction, the amount alleged to be in controversy and the basis for this amount.

4. In actions removed based on diversity jurisdiction pending more than one year in state court, specify why the case should not be summarily remanded.

5. Identify any defendant that did not join in the notice of removal and explain why.

Signed at Houston, Texas on October 23, 2019.

_____
Gray H. Miller
Senior United States District Judge